# Exhibit B

**FOR SETTLEMENT PURPOSES ONLY**
(Café 31)

**Calculaton for**     **Ambrocio Rojas**

**Period 1**

| **Assumptions:** | Period Worked | January 1, 2017 to July 31, 2017 |
|---|---|---|
| | Number of weeks worked | 30 weeks |
| | Hours worked/week | 77 hours |
| | Salary | $90/day; $630/week |

**Minimum Wage and Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals Regular Rate of:   $8.18

Unpaid MW = ($11* - Paid Rate) x (40 Hours) x (Number of weeks)
= (11 - 8.18) x 40 x 30
= $3,384.00

*The basic minimum hourly rate in New York from January 1, 2017 to December 31, 2017 should be $11.

Unpaid OT = ($16.5 – Paid Rate) x (Hours over 40) x (Number of weeks)
= ($16.5 – 8.18) x 37 x 30
= $9,235.20

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 7 days a week.

Unpaid SOH = $11 x (Number of days worked more than 10 hours) x (Number of weeks)
= $11 x 7 x 30
= $2,310.00

**Period 1 Total =**   $14,929.20


**Back wages (all periods) = $14,929.20**

| | |
|---|---|
| NY State Liquidated Damage  = | $14,929.20 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement   = | $5,000.00 |

**Total = $39,858.40**

Legal fees and expenses to be determined.

**FOR SETTLEMENT PURPOSES ONLY**
(Café 31)

**Calculaton for**   David Valencia de Gabriel

### Period 1

| **Assumptions:** | Period Worked | September 1, 2011 to December 31, 2013 |
| --- | --- | --- |
| | Number of weeks worked | 122 weeks |
| | Hours worked/week | 84 hours |
| | Salary | $700/week |

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $8.97

Unpaid OT = ($13.455 – Paid Rate) x (Hours over 40) x (Number of weeks)
= ($13.455 – 8.97) x 44 x 122
= $24,075.48

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 7 days a week.

Unpaid SOH = $7.25 x (Number of days worked more than 10 hours) x (Number of weeks)
= $7.25 x 7 x 122
= $6,191.50

**Period 1 Total =**   $30,266.98

### Period 2

| **Assumptions:** | Period Worked | January 1, 2014 to December 31, 2014 |
| --- | --- | --- |
| | Number of weeks worked | 52 weeks |
| | Hours worked/week | 84 hours |
| | Salary | $700/week |

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $8.97

Unpaid OT = ($13.455 – Paid Rate) x (Hours over 40) x (Number of weeks)
= ($13.455 – 8.97) x 44 x 52
= $10,261.68

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 7 days a week.

Unpaid SOH = $8 x (Number of days worked more than 10 hours) x (Number of weeks)
= $8 x 7 x 52
= $2,912.00

**Period 2 Total =**   $13,173.68

### Period 3

| | | |
|---|---|---|
| **Assumptions:** | Period Worked | January 1, 2015 to May 31, 2015 |
| | Number of weeks worked | 21 weeks |
| | Hours worked/week | 84 hours |
| | Salary | $700/week |

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $8.97

$$\text{Unpaid OT} = (\$13.455 - \text{Paid Rate}) \times (\text{Hours over 40}) \times (\text{Number of weeks})$$
$$= (\$13.455 - 8.97) \times 44 \times 21$$
$$= \$4,144.14$$

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 7 days a week.

$$\text{Unpaid SOH} = \$8.75 \times (\text{Number of days worked more than 10 hours}) \times (\text{Number of weeks})$$
$$= \$8.75 \times 7 \times 21$$
$$= \$1,286.25$$

**Period 3 Total =**   $5,430.39

**Period 4**

| | | |
|---|---|---|
| **Assumptions:** | Period Worked | June 1, 2015 to December 31, 2015 |
| | Number of weeks worked | 30 weeks |
| | Hours worked/week | 84 hours |
| | Salary | $810/week |

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $10.38

$$\text{Unpaid OT} = (\$15.57 - \text{Paid Rate}) \times (\text{Hours over 40}) \times (\text{Number of weeks})$$
$$= (\$15.57 - 10.38) \times 44 \times 30$$
$$= \$6,850.80$$

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 7 days a week.

$$\text{Unpaid SOH} = \$8.75 \times (\text{Number of days worked more than 10 hours}) \times (\text{Number of weeks})$$
$$= \$8.75 \times 7 \times 30$$
$$= \$1,837.50$$

**Period 4 Total =**   $8,688.30

**Period 5**

| | | |
|---|---|---|
| **Assumptions:** | Period Worked | January 1, 2016 to August 31, 2016 |
| | Number of weeks worked | 35 weeks |
| | Hours worked/week | 84 hours |
| | Salary | $810/week |

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals

Regular Rate of:   $10.38
        Unpaid OT = ($15.57 – Paid Rate) x (Hours over 40) x (Number of weeks)
              = ($15.57 – 10.38) x 44 x 35
              = $7,992.60

**Spread of Hour Premium**
During this working period, the spread of hours exceeds 10 hours for 7 days a week.
        Unpaid SOH = $9 x (Number of days worked more than 10 hours) x (Number of weeks)
               = $9 x 7 x 35
               = $2,205.00
**Period 5 Total =**   $10,197.60

### PERIOD 6
**Assumptions:**   Period Worked                  January 1, 2017 to August 31, 2017
                Number of weeks worked     35 weeks
                Hours worked/week          84 hours
                Salary                     $810/week

**Minimum Wage and Overtime Wage**
If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $10.38
        Unpaid MW = ($11* - Paid Rate) x (40 Hours) x (Number of weeks)
              = (11 - 10.38) x 40 x 35
              = $868.00
*The basic minimum hourly rate in New York from January 1, 2017 to December 31, 2017 should be $11.
        Unpaid OT = ($16.5 – Paid Rate) x (Hours over 40) x (Number of weeks)
              = ($16.5 – 10.38) x 44 x 35
              = $9,424.80

**Spread of Hour Premium**
During this working period, the spread of hours exceeds 10 hours for 7 days a week.
        Unpaid SOH = $11 x (Number of days worked more than 10 hours) x (Number of weeks)
               = $11 x 7 x 35
               = $2,695.00
**Period 6 Total =**   $12,987.80


**Back wages (all periods) = $80,744.75**

| | |
|---|---|
| NY State Liquidated Damage  = | $80,744.75 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement   = | $5,000.00 |

    **Total =   $171,489.50**

Legal fees and expenses to be determined.

<u>**FOR SETTLEMENT PURPOSES ONLY**</u>
(Café 31)

**Calculaton for**     <u>**Celestino Sanchez**</u>

**Period 1**
**Assumptions:**      Period Worked              July 1, 2015 to December 1, 2015
                      Number of weeks worked     22 weeks
                      Average Hours worked/week  78 hours
                      Salary                     $500/wk

**Unpaid Overtime and Minimun Wages**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $5.49

  Unpaid MW = ($8.75* - Paid Rate) x (40 Hours) x (Number of weeks)
    = (8.75 - 5.49) x 40 x 22
    = $2,868.80

*The basic minimum hourly rate in New York from January 1, 2015 to December 31, 2015 should be $8.75.

  Unpaid OT = ($13.125 – Paid Rate) x (Hours over 40) x (Number of weeks)
    = ($13.125 – 5.49) x 38 x 22
    = $438.75

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 6 days a week.
  Unpaid SOH = $8.75 x (Number of days worked more than 10 hours) x (Number of weeks)
    = $8.75 x 6 x 22
    = $1,155.00

**Period 1 Total** =   $910.00

**Period 2**
**Assumptions:**      Period Worked              January 1, 2016 to July 31, 2016
                      Number of weeks worked     30 weeks
                      Average Hours worked/week  78 hours
                      Salary                     $600/wk

**Unpaid Overtime and Minimum Wages**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $6.59

  Unpaid MW = ($9* - Paid Rate) x (40 Hours) x (Number of weeks)
    = (9 - 6.59) x 40 x 30
    = $2,892.00

*The basic minimum hourly rate in New York from January 1, 2016 to December 31, 2016 should be $9.

  Unpaid OT = ($13.125 – Paid Rate) x (Hours over 40) x (Number of weeks)
    = ($13.5 – 6.59) x 38 x 30
    = $1,755.00

**Spread of Hour Premium**
During this working period, the spread of hours exceeds 10 hours for 6 days a week.
    Unpaid SOH = $9 x (Number of days worked more than 10 hours) x (Number of weeks)
        = $9 x 6 x 30
        = $1,620.00
**Period 2 Total =** $3,640.00

**Back wages (all periods) = $22,796.06**

| | |
|---|---|
| NY State Liquidated Damage = | $22,796.06 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement = | $5,000.00 |

**Total = $55,592.12**

Legal fees and expenses to be determined.