```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBROCIO ROJAS, DAVID VALENCIA DE GABRIEL AND CELESTINO SANCHEZ, *on behalf of themselves and FLSA Collective Plaintiffs*,

                    Plaintiffs,

       -against-

VELKONEL RESTAURANT, INC., *et al.*,

                    Defendants.

17-CV-6616 (VSB)

**ORDER**

VERNON S. BRODERICK, District Judge:

      I am in receipt of the parties' joint letter filed October 3, 2018, requesting that I approve a proposed settlement agreement and dismiss the case in its entirety. (Doc. 56.) In light of the proposed settlement agreement, all existing deadlines and conferences, including the status conference scheduled for October 18, 2018, are adjourned *sine die*.

SO ORDERED.

Dated: October 17, 2018
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge