### Lee Litigation Group, PLLC
148 West 24ᵗʰ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   212-661-1008
 anne@leelitigation.com

April 5, 2021

**<u>Via ECF</u>**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:   *Rojas et al v. Velkonel Restaurant, Inc. et al*
         <u>Case No. 17-cv-6616 (VSB)</u>

Dear Judge Broderick:

   We are counsel to Plaintiffs in the above-referenced case and submit this status update jointly with Defendants.

   On March 8, 2021, Plaintiffs filed a Motion to Enforce Settlement Agreement (Dkt. Nos. 59-61). In response, Defendants offered to pay a lump-sum payment to Plaintiffs, as set forth in their March 26, 2021 letter to the Court at Dkt. 63. We are pleased to report that as of this date, Defendants have fully funded the settlement payment. Plaintiffs therefore respectfully request to withdraw their Motion to Enforce.

   We thank Your Honor for considering this matter.


Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.